UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY R. KNIGHT,

Plaintiff,

v.

G. BLUEFORD,

Defendant.

Case No. 2:26-cv-1968-JDP (P)

ORDER

Defendant has filed a motion for extension of time to file his responsive pleading. ECF No. 16. Good cause being shown, the extension is granted. Defendant's responsive pleading is due on or before November 9, 2026.

It is ORDERED that:

1. Defendant's motion for extension of time, ECF No. 16, is GRANTED.

2. Defendant's responsive pleading is due on or before November 9, 2026.

IT IS SO ORDERED.

Dated: October 6, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE